# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

128476
(21)
(22)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TONYA LOMAX,
      Plaintiff-Appellee,

v

DELTA TUBE & FABRICATING
CORPORATION, and TRAVELERS
INSURANCE COMPANY,
      Defendants-Appellants,

and

J.C. PENNEY COMPANY, INC., LIBERTY
MUTUAL FIRE INSURANCE COMPANY,
MARELCO POWER SYSTEMS, INC.,
FIDELITY & GUARANTY INSURANCE
COMPANY, ENTECH PERSONNEL
SERVICES, INC., AMERICAN
COMPENSATION INSURANCE COMPANY,
and VIDEO CASTLE,
      Defendants-Appellees.

SC: 128476
COA: 258744
WCAC: 01-000352

_____/

      On order of the Court, the motion for reconsideration of this Court's order of November 2, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for leave to file brief amicus curiae is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

l0221